IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.　　　　　　　　　　　　　　　　　　　CASE NO.:  4:01cr47-SPM

WILLIE JAMES FRANCIS,

　　　　Defendant.

_____/

**ORDER DENYING MOTION FOR RECONSIDERATION**

　　　　This cause comes before the Court on Defendant's motion for reconsideration (doc. 250).  Upon review, the Court stands by its previous ruling that Defendant is not eligible for a sentence reduction under (Amendment 750 and 18 U.S.C. § 3582(c) because application of the amendment does not lower Defendant's sentencing range, which was determined by the mandatory minimum.  See United States v. Williams, 549 F.3d 1337 (11th Cir. 2008) (a 5k1 downward departure does not result in the removal of the mandatory minimum when determining eligibility for a reduction under § 3582(c)) ; United States v. Gomes, 621 F.3d 1343, 1346 (11th Cir. 2011) (Fair Sentencing Act's changes to drug amounts triggering statutory minimum mandatory sentences do not apply

retroactively to defendants who were sentenced before its enactment).

Accordingly, it is

      ORDERED AND ADJUDGED: Defendant's motion for reconsideration (doc. 250) is denied.

      DONE AND ORDERED this 30th day of January, 2012.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              Senior United States District Judge