UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No.: 4:01cr47 – SPM

WILLIE JAMES FRANCIS,

     Defendant.

_____/

## C0RRECTED[1] ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS

This cause comes before the Court on Defendant's motion to proceed in forma pauperis (doc. 258) to appeal of the order denying his 3582(c) motion to reduce his sentence under Amendment 750 (see docs. 242 and 248).  The standard for appealing in forma pauperis requires that the appeal be taken in good faith.  28 U.S.C. § 1915(a)(3).  Good faith in this context is measured by an objective standard.  Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Defendant's appeal is not taken in objective good faith because Defendant was subject to a statutory mandatory minimum sentence and his sentencing range is not reduced by Amendment 750.  Accordingly, it is

---

[1] This order has been corrected in the "ORDERED AND ADJUDGED" section to show the correct document number for the motion to proceed in forma pauperis.  The previous order identified the document as (doc. 248), but the correct identification is (doc. 258).

ORDERED AND ADJUDGED:  Defendant's motion to proceed in forma pauperis (doc. 258) is denied.

DONE AND ORDERED this 8th day of March, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge